UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | M.B.D. No. 16-MC-91252 |
| ) | |
| BOSTON HARBOR SAILING CLUB, ) | |
| ) | |
| Respondent. ) | |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, states that:

1. This proceeding for the enforcement of an Internal Revenue Service ("IRS") Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (the "Code"). *See* 26 U.S.C. §§ 7402(b) and 7604(a).

2. Renato L. Lima is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under section 7602 of Code. *See* 26 U.S.C. § 7602(a).

3. The respondent, Boston Harbor Sailing Club, resides or is found at 65 East India Row, Apartment 30E, Boston, Massachusetts 02110, within the jurisdiction of this Court. Revenue Officer Lima is conducting an investigation of the tax liability of Boston Harbor Sailing Club for the taxable period(s) ending on December 31, 2009, December 31, 2010, December 31, 2011, December 31, 2012, December 31, 2013 and December 31, 2014 (the "Taxable Periods").

The Respondent is in possession and control of testimony and documents concerning this investigation.

4.     Section 6020(b) of the Code authorizes the Secretary of the Treasury (the "Secretary") to make a return for a person who fails to file a return. *See* 26 U.S.C. § 6020(b). For the purpose of making such a return, Section 7602 of the Code authorizes the Secretary to issue a summons directing a person to: (a) appear at a time and place named in the summons, (b) produce relevant or material books, papers, records or other data, and, (c) testify under oath as may be relevant or material to collecting the tax liability. *See* 26 U.S.C. § 7602(a).

5.     On December 10, 2015, a summons was issued to the Respondent pursuant to Section 7602 of the Code (the "Summons") directing Boston Harbor Sailing Club, to appear before Revenue Officer Lima at the office of the Internal Revenue Service located at One Montvale Avenue, Stoneham, Massachusetts 02180 on January 8, 2016 at 9:00 AM. The Summons required Boston Harbor Sailing Club to produce documents for examination and provide testimony concerning income received during the Taxable Periods to help the IRS prepare federal income tax returns for years when the Respondent had failed to file returns. A copy of the Summons is attached to this Petition as <u>Exhibit A</u>.

6.     On December 10, 2015 at 9:00 AM, Revenue Officer Lima served the Summons on Boston Harbor Sailing Club by handing an attested copy of the summons to the person to whom it was directed. Revenue Officer Lima signed a certification on the face of the Summons representing that it is a true and correct copy of the original.

7.     To date, the Respondent has failed to respond to, and refuses to comply with, the Summons.

8. The records sought by the Summons are not in the possession of the IRS. The production of these records and related testimony by the Respondent is necessary, therefore, in order for an officer of the IRS to prepare federal tax returns for Boston Harbor Sailing Club for the Taxable Periods.

WHEREFORE, the petitioners pray that:

1. Boston Harbor Sailing Club be ordered to show cause, if any, why it should not obey the Summons;

2. Boston Harbor Sailing Club be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Lima or by any other officer of the IRS authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

Respectfully submitted:

CARMEN M. ORTIZ,
United States Attorney

By: */s/ Justin D. O'Connell*
JUSTIN D. O'CONNELL, BBO No. 683695
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, Massachusetts  02210
(617) 748-3206

Dated: August 14, 2016           Justin.O'Connell@usdoj.gov