

# Summons
## Income Tax Return

**EXHIBIT A**

In the matter of  BOSTON HARBOR SAILING CLUB, 65 EAST INDIA ROW APT 30E, BOSTON, MA 02110
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  Small Business / Self Employed
Periods:  See Attachment 1 to Summons Form 6638 for Period Information

The Commissioner of Internal Revenue

To: BOSTON HARBOR SAILING CLUB
At: 65 EAST INDIA ROW APT 30E, BOSTON, MA 02110

You are hereby summoned and required to appear before RENATO L LIMA, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2009, 2010, 2011, 2012, 2013 and 2014

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2009, 2010, 2011, 2012, 2013 and 2014

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

ONE MONTVALE AVE., STONEHAM, MA 02180-3559 (781) 876-1120

Place and time for appearance: At ONE MONTVALE AVE, STONEHAM, MA 02180-3559

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6638 (Rev.10-2010)
Catalog Number 61828W

on the 8th day of January, 2016 at 9:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 10th day of December, 2015

RENATO L LIMA
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

A Group Manager
Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 12/10/15 | 9:00 |

**How Summons Was Served**

[X] I handed an attested copy of the summons to the person to whom it was directed.

[ ] I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

| Signature | Title |
|---|---|
| [signature] | REVENUE OFFICER |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| [signature] | REVENUE OFFICER |

Catalog No. 61828W                                   Form **6638** (Rev. 10-2010)

**Attachment 1 to Summons Form 6638**

In the matter of **BOSTON HARBOR SAILING CLUB**

Period information: Form 1120 for the fiscal periods ending December 31, 2009, December 31, 2010, December 31, 2011, December 31, 2012, December 31, 2013 and December 31, 2014