UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Petitioner, <br><br> V. <br><br> BOSTON HARBOR SAILING CLUB, <br> Respondent. | ) <br> ) <br> ) <br> ) M.B.D. No. 16-MC-91252 <br> ) <br> ) <br> ) |

## DECLARATION OF REVENUE OFFICER

I, Renato L. Lima, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at One Montvale Avenue, Stoneham, MA 02180. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Boston Harbor Sailing Club for the period(s) ending December 31, 2009, December 31, 2010, December 31, 2011, December 31, 2012, December 31, 2013 and December 31, 2014.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on December 10, 2015, an administrative summons to Boston Harbor Sailing Club to give to produce documents as described in same summons. The summons is attached to the Petition as Exhibit A.

4. In accordance with 26 U.S.C. § 7603, on December 10, 2015, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent Boston Harbor Sailing Club, by handing an attested copy of the summons to the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On January 8, 2016, Boston Harbor Sailing Club failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6      The books, papers, records or other data sought by the summons are not already in possession of the Internal Revenue Service.

7.      All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8.      It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Boston Harbor Sailing Club for the period(s) ending December 31, 2009, December 31, 2010, December 31, 2011, December 31, 2012, December 31, 2013 and December 31, 2014.

9.      No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Boston Harbor Sailing Club for the years under investigation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____8TH_____ day of _AUGUST_, 201_6_

Renato L. Lima
Revenue Officer #73224