# BOSTON HARBOR SAILING CLUB
## 65 EAST INDIA ROW 30E    BOSTON MA 02110

---

UNITED STATES OF AMERICA

Petitione

V..                                              M.B.D.  No 16-MC-91252

BOSTON HARBOR SAILING CLUB INC

Respondent

---

# RESPONDENTS ANSWER TO SHOW CAUSE ORDER

Upon review of the Order to Show Cause the Respondent replies as follows:


1.  Respondent has no objection to providing the IRS with the  documents requested at a time and place ordered by the Court.  Respondent cautions that the documents are in raw form and may need considerable interpretation which  Respondent is willing to provide in a reasonable manner which does not unduly interfere with Respondents need to conduct its daily business.

2.  Respondent requests that an accurate estimate for IRS preparation of the tax returns be provided including separate costs for bookeeper and separate cost for accountant preparation of tax documents so Respondent not be unreasonably burdened by professional service fees.

3.  Respondent further requests that it be allowed to continue the work completed for forwarding to company accountant, work that will likely be completed by the Hearing date, and further requests that it be allowed to continue preparation of documents for FY 2010, 2011, 2012, 2013, 2014 and 2015.  All latter documents are contingent upon an accurate filing for FY 2009.

4.  Respondent has been in regular communication  with Renato Lima of the IRS keeping him informed of the progress Respondent was making in assembling documents needed for Respondent's accountant To prepare  tax returns for 2009 through 2015.  Those communications occurred by letters to Mr. Lima dated April 27, 2016,  May 3, 2016, and June 3, 2016.  Respondent also  visited Mr.Lima at his Office in Stoneham, MA in response to another appointment made by a third IRS party.

5. In each letter correspondence Respondent advised Mr. Lima the original summons had been misplaced and requested a duplicate copy from Mr. Lima to which Respondent could respond. By his own admission Mr. Lima received each communication but never provided the original document requested.

6. There is no way to communicate by phone with Mr. Lima since the original summons With a phone number was misplaced. Despite trying, there is no way to get a phone number by conventional means to contact Mr. Lima for the documents he wants.

7. Respondent prepared a copy of accountant's request for additional documents with notation of progress made in assembling the data to complete the tax return for FY 2009. It was intended this document be mailed to Lima this week when the SHOW CAUSE ORDER was delivered. It is being mailed today, along with this Respondent's reply.


DATED AT Boston , Massachusetts on this 25th Day of August 2016



_____ RESPONDENT

Mark Healy, President, Boston Harbor Sailing Club

65 East India Row
Apt 30E
Boston MA 02210